IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:07-cv-03196 |
| | § | |
| JENNIFER LUEDTKE, | § | **Jury Trial Demanded** |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

On this date, this Agreed Final Judgment and Permanent Injunction ("Judgment") was presented to the Court as agreed by Defendant Jennifer Luedtke and Plaintiff Farouk Systems, Inc. Having considered the parties agreement to this Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Court has subject matter jurisdiction over this matter and personal jurisdiction over Defendant Jennifer Luedtke.

2. The Court shall retain jurisdiction over Defendant Jennifer Luedtke for purposes of interpretation and enforcement of this provisions of this Judgment, including any future questions of its violation or infringement by Defendant Jennifer Luedtke.

3. Defendant Jennifer Luedtke is permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product bearing, displaying, or advertising under: (a) the trademark CHI; (b) the trademark CHI of U.S. Trademark Registration No. 2,660,257; U.S. Trademark Registration No. 3,107,769; U.S. Trademark Application Serial No. 78/524,660; and/or of U.S. Trademark Application Serial No. 76/512,597; (c) the trademark ULTRA CHI of U.S. Trademark Application Serial No. 78/622,448; or (d) the trademark CHI NANO of U.S. Trademark Application Serial No. 77/055,581 (collectively the "Farouk Systems

1

Trademarks), unless such hair care products are obtained by Defendant Jennifer Luedtke from Farouk Systems, Inc.

4. Defendant Jennifer Luedtke is permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product as being sponsored by, associated with, affiliated with, or connected to Farouk Systems, Inc., unless such hair care products are obtained by Defendant Jennifer Luedtke from Farouk Systems, Inc.

5. Defendant Jennifer Luedtke is permanently enjoined from representing to the public that she is authorized by Farouk Systems, Inc. to promote, advertise, sell, or offer for sale any hair care product bearing, displaying, or advertised under the Farouk Systems Trademarks.

6. Defendant Jennifer Luedtke is permanently enjoined from advertising, promoting, selling, offering for sale, or in any other way representing to the public that any hair care products, not originating from Farouk Systems, Inc., are associated with, sponsored by, connected with, or affiliated with Farouk Systems, Inc.

It is further ORDERED that this Judgment is binding on Defendant Jennifer Luedtke, her representatives, successors, and assigns.

SIGNED AND ENTERED this **31** day of **Oct**, 2007, at Houston, Texas.

Hon. David Hittner
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

GREENBERG TRAURIG LLP

_____
Anthony F. Matheny
Texas State Bar No. 24002543
1000 Louisiana, Suite 1800
Houston, Texas  77002
Tel: (713) 374-3583
Fax: (713) 754-7583

ATTORNEYS FOR PLAINTIFF
FAROUK SYSTEMS, INC.


_____
Jennifer Luedtke
Defendant